COM.

v.

DANIELS, G.

3373 EDA 2016

Superior Court of Pennsylvania.

08/15/2017

CP–23–CR–0007136–2005
(Delaware)

Affirmed

DEMISEW, G.

v.

COAKLEY & WILLIAMS HOTEL

467 EDA 2017.

Superior Court of Pennsylvania.

08/15/2017

2015–04906
(Montgomery)

Affirmed

COM.

v.

COOKE, M.

516 MDA 2016

Superior Court of Pennsylvania.

08/15/2017

CP–22–CR–0000932–2015
(Dauphin)

Affirmed

COM.

v.

PEREZ–TOLEDO, R.

997 MDA 2016

Superior Court of Pennsylvania.

08/15/2017

CP–40–CR–0001329–2011 (Luzerne)

Affirmed

NICOLAS, J.

v.

ZOLNER, C.

1261 MDA 2016

Superior Court of Pennsylvania.

08/15/2017

2013–9828 (Luzerne)

Affirmed